U.S.C.A. – 7th Circuit
RECEIVED
AUG 31 2026

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 26-2723

JUSTIN GAVERY, JOSEPH NOLAN, and PETER BERNEGGER,
Plaintiffs-Appellants,

v.

DOUGLAS HAAG, et al.,
Defendants-Appellees.

Appeal from the United States District Court for the
Eastern District of Wisconsin, Case No. 2:25-cv-01970-WCG,
The Honorable William C. Griesbach, Judge

**PLAINTIFFS-APPELLANTS' MOTION FOR LEAVE TO FILE DOCKETING STATEMENT INSTANTER**

1. Plaintiffs-Appellants Justin Gavery, Joseph Nolan, and Peter Bernegger respectfully move this Court pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 3(c) for leave to file their Docketing Statement instanter, and to accept the Docketing Statement submitted herewith as timely filed. In support of this motion, Plaintiffs-Appellants state as follows.

2. Plaintiffs-Appellants filed their Notice of Appeal in the United States District Court for the Eastern District of Wisconsin on August 21, 2026. Under Circuit Rule 3(c)(1), the docketing statement was to be filed with the clerk of the district court at the time of the filing of the notice of appeal, or with the clerk of this Court within seven days of the filing of the notice of appeal. This Court's Notice of Case Opening, dated August 21, 2026, set August 28, 2026 as the due date for each Plaintiff-Appellant's docketing statement.

3. Plaintiffs-Appellants prepared their Docketing Statement in good faith and signed it on August 18 and 19, 2026, before the Notice of Appeal was filed, and submitted it to the district court by U.S. Mail. By letter dated August 24, 2026, the Clerk of the district court returned the Docketing Statement unfiled, stating that because it was not filed at the same time as the Notice

of Appeal, all filings for this appeal must be mailed directly to the Clerk of this Court. A copy of that letter is attached as Exhibit A.

4. Plaintiffs-Appellants did not receive notice of the August 28, 2026 deadline until after it had passed. Although this Court's Notice of Case Opening is dated August 21, 2026, the envelope in which it was mailed is postmarked August 24, 2026, and as of August 29, 2026 only one of the three Plaintiffs-Appellants had received it. The first Plaintiff-Appellant to receive the Notice of Case Opening received it on August 29, 2026, one day after the deadline it announced. The district court Clerk's August 24, 2026 letter returning the Docketing Statement likewise had been received by only one of the three Plaintiffs-Appellants as of August 29, 2026.

5. Plaintiffs-Appellants are three pro se litigants who reside hours apart from one another and who file with the courts by mail with original handwritten signatures, where required, rather than by electronic filing. Circulating a document among all three Plaintiffs-Appellants for original signatures, and then mailing it, necessarily takes several days.

6. Upon receiving the Notice of Case Opening on August 29, 2026, Plaintiffs-Appellants acted immediately. The signed Docketing Statement is being dispatched to the Clerk of this Court by FedEx on August 29, 2026, together with this motion.

7. Good cause exists to grant this motion under Federal Rule of Appellate Procedure 26(b). The delay is one of days only and results from mail transit times outside Plaintiffs-Appellants' control, not from neglect. Plaintiffs-Appellants prepared and signed the Docketing Statement before the Notice of Appeal was filed and attempted in good faith to file it with the district court under Circuit Rule 3(c)(1). No party will suffer prejudice, as this appeal is at its earliest stage and no briefing deadline is affected.

8. For completeness, Plaintiffs-Appellants state that no transcript is necessary for this appeal, and they will file the transcript information sheet reflecting that fact on or before the September 4, 2026 due date set in the Notice of Case Opening. That signed document (three signed transcript forms) have been placed in the US Mail already to the US District Court and also to this Court yesterday.

WHEREFORE, Plaintiffs-Appellants respectfully request that this Court grant them leave to file their Docketing Statement instanter, accept the Docketing Statement submitted with this motion as timely filed, and grant such other relief as the Court deems just.

Respectfully submitted,

Dated: August 29, 2026

Peter Bernegger, Plaintiff-Appellant
1806 Brynnwood Trace
New London, WI 54961
Phone: 920-551-0510
Email: pmbmap123@gmail.com

Justin Gavery, Plaintiff-Appellant
730 N. Plankinton Ave 7b
Milwaukee, WI 53202
Phone: 408-858-4527
Email: justin_gavery@yahoo.com

Joseph Nolan, Plaintiff-Appellant
2909 South 52nd Street
Milwaukee, WI 53219
Phone: 414-639-0736
Email: Jnolan5@wi.rr.com