# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

August 31, 2026

*By the Court*:

| | |
|---|---|
| No. 26-2723 | JUSTIN GAVERY, JOSEPH NOLAN and PETER BERNEGGER,<br>Plaintiffs - Appellants<br><br>v.<br><br>DOUGLAS HAAG, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-01970-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach | |

Upon consideration of the **PLAINTIFFS-APPELLANTS' MOTION FOR LEAVE TO FILE DOCKETING STATEMENT INSTANTER**, filed on August 31, 2026, by the pro se appellants,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the clerk shall file **INSTANTER** the appellants' tendered Circuit Rule 3(c) docketing statement.

form name: **c7_InstanterOrderFiled** (form ID: **123**)