# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Gavery, Nolan, Bernegger v. City of Milwaukee, et al. | Eastern District of Wisconsin | 2:25-cv-01970-WCG |
| | **District Judge** | **Court Reporter** |
| | Hon. William C. Griesbach | None (no proceedings recorded) |

☐ I am ordering transcript.
☒ I am not ordering transcript, because:
No trial or evidentiary hearing was held; the case was decided on the papers, and no transcript exists or is necessary.
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided: Date(s)

☐ Pretrial proceedings. *Specify:* ________ ________

☐ Voir Dire ________

Trial or Hearing. *Specify:* ________ ________

☐ Opening statement ________

☐ Instruction conference ________

☐ Closing statements ________

☐ Court instructions ________

☐ Post-trial proceedings. *Specify:* ________ ________

☐ Sentencing ________

☐ Other proceedings. *Specify:* ________ ________

Method of Payment: ☐ Cash ☐ Check or Money Order ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment ☐ Partial Payment ☐ No Payment Yet

Signature: Justin Gavery
Address: 730 North Plankington Avenue, Apt 7D, Milwaukee, WI 53203

Telephone No. 408-858-4521 4527
Date: August 27, 2026

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: ________ Date: ________

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

*Original* to Court Reporter. *Copies* to: 1) Court Reporter, then sent to U.S.C.A. Clerk; 2) Service Copy; 3) District Court Clerk; and, 4) Party/Counsel Ordering Transcript.


UNITED STATES POSTAL SERVICE
Retail
U.S. POSTAGE PAID
FCM LETTER
OOSTBURG, WI 53070
AUG 28, 2026
54305
$0.82
RDC 99
R2305K134475-08
From: Justin Gawry
730 N. Plankinton Ave 7D
Milwaukee WI 53203
NIXIE 530 CC 1 2209/19/26
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 53203240574 *2986-00558-01-16
To: Clerk of Court
U.S. District Court
Eastern District of WI
Jefferson Court Building
Room 102
P.O. Box 22490
ReadyPost.
Document Mailer
NSN
5430532490 B022

## Extremely Urgent

This envelope is for use with the following services: **UPS Next Day Air®** **UPS Worldwide Express℠** **UPS 2nd Day Air®**

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

JUSTIN REID GAVERY
(408) 858-4527
THE UPS STORE #2324
1345 N JEFFERSON ST
MILWAUKEE WI 53202-2657

0.2 LBS LTR
SHP WT: LTR
DATE: 11 NOV 2026

SHIP TO:
CLERK OF COURT
JEFFERSON COURT BUILDING
STE 102
125 S JEFFERSON ST

GREEN BAY WI 54301-4541

WI 543 9-10

UPS NEXT DAY AIR 1

TRACKING #: 1Z 52F 5F9 01 1069 0959

BILLING: P/P

REF #2: PV

MMM0XXN6CNCPB ISH 13.00C BIXOLON S 42.5V 10/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

PBR G3 39

JEFFERSON COURT BUILDING
125 S JEFFERSON ST
STE 102
GREEN BAY WI 54301

P: RED S: HANCE I: 418
75B – 2294 X
1Z52F5F9011069 0959 1030
1295251 UNLOADRPR1 NOV 12 08:40:07 2026
US 5430 HIPPS 26.9.0 ZT411R

100% Recycled fiber
30% Post-Consumer

Serving you for more than 100 years
United Parcel Service